

# Fourth Court of Appeals
## San Antonio, Texas

February 4, 2021

No. 04-20-00304-CV

**1776 ENERGY PARTNERS, LLC** and 1776 Energy Operators, LLC,
Appellants

v.

**MARATHON OIL EF, LLC** and Marathon Oil EF II, LLC,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 17-02-00033-CVK
Honorable Russell Wilson, Judge Presiding

## O R D E R

The reporter's record was originally due by July 6, 2020. On July 6, 2020, the court reporter responsible for filing the reporter's record, Leticia Murillo Escamilla, filed a notification of late record, requesting until September 4, 2020, to file the reporter's record. By order dated July 8, 2020, we granted Ms. Escamilla's request in part and extended the deadline for her to file the reporter's record until August 5, 2020. On August 5, 2020, Ms. Escamilla filed a second notification of late record, requesting until September 4, 2020, to file the reporter's record. By order dated August 7, 2020, we ordered Ms. Escamilla to file the complete reporter's record by September 4, 2020. In addition, we ordered Ms. Escamilla to file a status report every 14 days, beginning on August 21, 2020, indicating the volumes filed and a fair estimate of completion date for all remaining volumes, until the complete reporter's record was filed. Ms. Escamilla began filing status reports, and on September 4, 2020, Ms. Escamilla filed a third notification of late record, requesting until October 5, 2020, to file the reporter's record. By order dated September 24, 2020, we granted Ms. Escamilla's request and ordered her to file the complete reporter's record by October 5, 2020. In addition, we ordered Ms. Escamilla to file daily work logs by 5:00 p.m. every business day until the record was complete. Since that order, Ms. Escamilla filed three notifications of late record, with the last notification requesting an extension until December 21, 2020 to file the complete record. On December 18, 2020, we granted Ms. Escamilla's request and ordered Ms. Escamilla to file the record by December 28, 2020. We further advised that if the record was not filed, we might issue an order directing her to appear and show cause why she should not be held in contempt for failing to file the record.

On December 28, 2020, Ms. Escamilla filed a notification of late record requesting additional time to file the record. In that notification, she stated she had not received full payment for the record. On January 8, 2021, appellants filed a letter stating they had made arrangements to pay the court reporter's fee and paid two installment payments in accordance with that arrangement. They further requested a final estimate so that they could make the full and final payment upon the record's completion. By order dated January 25, 2021, we granted Ms. Escamilla's request, ordered her to file the complete record by February 2, 2021, and provide appellants with a final payment estimate prior to that date. We further advised that if the record was not filed, we would issue an order directing her to appear and show cause why she should not be held in contempt for failing to file the record.

On February 2, 2021, Ms. Escamilla filed a notification of late record requesting an additional week to file the record. In that notification, she stated she has provided appellants with a final payment estimate for the record. Based on the foregoing, it is **ORDERED** that Ms. Escamilla file the complete reporter's record **by February 9, 2021**. <u>**No further requests for extension of time to file the reporter's record will be granted. If the record is not received by such date, this court *will* issue an order directing Ms. Escamilla to appear and show cause why she should not be held in civil or criminal contempt or otherwise sanctioned for failing to file the record.**</u>

The Clerk of this court is directed to serve a copy of this order on Ms. Escamilla by regular United States mail and by certified mail, return receipt required. The Clerk of this court is also directed to provide the trial court with a copy of this order.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of February, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court